JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

ARSEN AKOPIAN,

Petitioner,

v.

FERETI SEMAIA et al.,

Respondents.

Case No. 5:26-cv-02723-DFM

JUDGMENT

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting in Part the Petition for Writ of Habeas Corpus filed on June 3, 2026.

Date: July 23, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge